IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                                              CASE NO.      12-07135 BKT

EVELYN HERNANDEZ GARCIA

     *Debtor*                                       CHAPTER       13

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## DEBTORS MOTION TO AMEND PLAN

TO THE HONORABLE COURT:

NOW COMES Debtor herein, EVELYN HERNANDEZ GARCIA, by her undersigned attorney, and very respectfully ALLEGES AND PRAYS:

1. On this date debtor is amending her payment plan in order to:

    a.   *Adjust the base of the plan.*

WHEREFORE, Debtor respectfully requests that the Amendments be accepted for continuation of the proceedings and that all other remedies which are proper and just be granted.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 4TH day of January, 2013.

                                By:    /s/ Juan C. Bigas Valedon
                                       JUAN C. BIGAS VALEDON
                                       Attorney for Debtor
                                       U.S.D.C. NO. 215404
                                       P.O. Box 7011
                                       Ponce, P.R. 00732-7011
                                       Tel. 259-1000; Fax 842-4090

The debtor have read the information included above and agree to the same.

/s/ Evelyn Hernandez Garcia
EVELYN HERNANDEZ GARCIA
Debtor

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

HERNANDEZ GARCIA, EVELYN
Debtor(s)

Case No. 12-07135

Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 1/04/2013
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 100.00 x 4 = $ 400.00
$ 150.00 x 56 = $ 8400.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ 8,800.00

Additional Payments:
$ 35,000.00 to be paid as a LUMP SUM within 36 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**REFINANCE OF PROPERTY LOCATED AT URB VILLAS DEL REY WITHIN 36 MONTHS FROM CONFIRMATION OF PLAN.**

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 43,800.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,000.00

Signed: /s/ EVELYN HERNANDEZ GARCIA
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK** Cr. ____ Cr. ____
# 3744 # ____ # ____
$ 8,220.49 $ ____ $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ANDERSON FINANC** Cr. **DORAL FINANCIAL** Cr. ____
# ____ # 1872 # ____
$ 1,280.00 $ 14,300.00 $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: ____

6. ☑ Debtor otherwise maintains regular payments directly to:
**SISTEMA DE RETIRO    DORAL BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
TRUSTEE TO PAY ATTORNEY'S FEES BEFORE ANY OTHER CREDITOR.

TAX REFUND WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUNDS.

PLAN WILL PAY 100% PLUS 4.75% INTEREST TO ALL UNSECURED CLAIMS FILED BEFORE THE BAR DATE.

Attorney for Debtor **Juan C Bigas** _____ Phone: **(787) 259-1000**

AMENDED CHAPTER 13 PAYMENT PLAN

**12-07135-BKT13** EVELYN HERNANDEZ GARCIA
Case type: bk Chapter: 13 Asset: Yes Vol: v Bankruptcy Judge: BRIAN K. TESTER
Date filed: 09/10/2012 Date of last filing: 12/30/2012

# Creditors

| | |
|---|---|
| A A A<br>PO BOX 70101<br>SAN JUAN PR 00936 | (3544050)<br>(cr) |
| AEE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | (3544051)<br>(cr) |
| AEELA<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | (3544052)<br>(cr) |
| **ANDERSON FINANCIAL SERVICES OF PR**<br>DBA BORINQUEN TITLE LOAN<br>CALLE 22 11 16 HEB<br>CAGUAS PR 00725 | (3575635)<br>(cr) |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | (3588232)<br>(cr) |
| **BORINQUEN TITLE LOANS**<br>3440 PRESTON RIDGE RD SUITE 500<br>ALPHARETTA GA 3005 | (3580479)<br>(cr) |
| **CLARO**<br>PO BOX 70367<br>SAN JUAN PR 00936 | (3544053)<br>(cr) |
| **DORAL BANK**<br>DEPARTAMENTO DE TARJETAS BANCARIAS<br><br>PO BOX 71306<br>SAN JUAN PR 00936-8406 | (3544054)<br>(cr) |
| **EASTERN AMERICA INSURANCE CO**<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | (3579289)<br>(cr) |
| **EVELYN HERNANDEZ GARCIA**<br>VILLAS DEL REY 4<br>13 CALLE 23-A<br>CAGUAS PR 00725 | (3544048)<br>(cr) |
| **HOSPITAL HIMA SAN PABLO**<br>PO BOX 4980<br>CAGUAS PR 00726 | (3544055)<br>(cr) |
| **JUAN C BIGAS**<br>PO BOX 7011<br>PONCE PR 00732 | (3544049)<br>(cr) |
| **SISTEMA DE RETIRO**<br>PO BOX 42003 | (3544056) |

SAN JUAN PR 00940-2203 (cr)

**T-MOBILE**
PO BOX 71325 (3544057)
SAN JUAN PR 00936 (cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2013 13:59:36 | | | |
| PACER Login: | bb2191 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 12-07135-BKT13 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |